**BAKER & HOSTETLER LLP**
Paul Karlsgodt (*pro hac forthcoming*)
Jason A. Orr (SBN 301764)
pkarlsgodt@bakerlaw.com
jorr@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Facsimile: 303.861.7805

Chardaie C. Charlemagne (SBN 352718)
ccharlemagne@bakerlaw.com
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601

*Attorneys for Defendant Sovrn Holdings, Inc.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL SELBY, SUNGIL HONG, LAURA BONETTI, JANE DOE, and KIRSTIE SEMIEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SOVRN HOLDINGS, INC.,

Defendant.

Case No.: 3:25-cv-03139-RFL

[*Assigned to Hon. Rita F. Lin*]

**SOVRN HOLDINGS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES**

**JURY TRIAL DEMANDED**

**Complaint Filed**: April 7, 2025

Defendant Sovrn Holdings, Inc. ("Sovrn") hereby submits its Answer and Affirmative Defenses to Plaintiffs' Class Action Complaint ("Complaint"), as follows:

Plaintiff's inclusion of factual statements in footnotes throughout the Complaint does not comply with Federal Rule of Civil Procedure 10(b), which requires allegations to be contained "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." As such, no response is required to these footnotes. To the extent a response is required, each footnote is discussed in the relevant numbered paragraph below.

## NATURE OF THE ACTION

1. Denied.

2. Denied.

3. Sovrn admits that Plaintiffs purport to seek the relief identified in this paragraph. Otherwise, Denied.

## THE PARTIES

4. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

5. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

6. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

7. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.[1]

8. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

9. Sovrn admits that it is a Colorado corporation with its principal place of business in Boulder, Colorado. Sovrn admits that it owns and uses the Lijit Pixel. Otherwise, Denied.

## JURISDICTION AND VENUE

[1] Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10. Admitted.

11. Admitted that this Court has personal jurisdiction over Sovrn. Otherwise, Denied.

12. Denied.

## FACTUAL ALLEGATIONS

### I. DATA BROKERS AND REAL-TIME BIDDING: THE INFORMATION ECONOMY

13. Denied.

**A. Data Brokers**

14. Sovrn states that the cited documents speak for themselves.[2] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

15. Admitted.[3]

16. Sovrn states that the cited documents speak for themselves.[4] [5] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

17. Sovrn states that the cited documents speak for themselves.[6] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

18. Sovrn states that the cited documents speak for themselves.[7] [8] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

---

[2] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[3] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[4] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[5] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[6] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[7] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[8] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

19. Sovrn states that the cited documents speak for themselves.[9] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

20. Sovrn states that the cited documents speak for themselves.[10] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

21. Sovrn states that the cited documents speak for themselves.[11] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

22. Sovrn states that the cited documents speak for themselves.[12] [13] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

23. Sovrn states that the cited documents speak for themselves.[14] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

24. Denied.

**B. Real-Time Bidding**

25. Denied.

26. Sovrn states that the cited documents speak for themselves.[15] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

---

[9] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[10] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[11] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[12] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[13] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[14] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[15] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

facts alleged in this paragraph, and therefore Denied.

27. Sovrn states that the cited documents speak for themselves.[16] [17] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

28. Denied.

29. Sovrn states that the cited documents speak for themselves.[18] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

30. Sovrn states that the cited documents speak for themselves.[19] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

31. Denied.

32. Sovrn states that the cited documents speak for themselves.[20] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

33. Denied.

34. Sovrn states that the cited documents speak for themselves.[21] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

35. Sovrn states that the cited documents speak for themselves.[22] To the extent a

[16] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[17] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[18] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[19] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[20] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[21] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[22] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

36. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

**C. Cookie Syncing**

37. Denied.

38. Sovrn states that the cited documents speak for themselves.[23] [24] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

39. Sovrn states that the cited documents speak for themselves.[25] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

40. Sovrn states that the cited documents speak for themselves.[26] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

41. Sovrn states that the cited documents speak for themselves.[27] [28] [29] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

[23] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[24] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[25] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[26] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[27] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[28] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[29] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

42. Sovrn states that the cited documents speak for themselves.[30] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

## II. OVERVIEW OF DEFENDANT'S SERVICES

48. Admitted.

49. Sovrn states that the cited documents speak for themselves.[31] [32] To the extent a response is required, Admitted.

50. Sovrn states that the cited documents speak for themselves.[33] [34] To the extent a response is required, Sovrn admits that Lijit.com is an advertising domain owned by Sovrn. Otherwise, Denied.

51. Sovrn states that the cited documents speak for themselves.[35] To the extent a response is required, Admitted.

52. Sovrn states that the cited documents speak for themselves.[36] [37] To the extent a response is required, Admitted.

### A. The Lijit Pixel

53. Sovrn admits that its technologies are used on many websites and that those technologies, properly configured, route certain information to Sovrn. Otherwise, Denied.

[30] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[31] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[32] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[33] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[34] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[35] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[36] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[37] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

54. Sovrn states that the cited documents speak for themselves.[38] [39] To the extent a response is required, Sovrn admits that the Lijit Pixel collects information that devices send to websites. Sovrn admits that ad tags send requests to ad servers in order to show a digital ad at a particular time and location. Otherwise, Denied.

55. Sovrn admits that its technologies are used on many websites and that those technologies, properly configured, route certain information to Sovrn. Otherwise, Denied.

56. Sovrn admits that it works with partners who place the Lijit Pixel on their websites and that this paragraph lists some of those partners. Otherwise, Denied.

57. Sovrn states that the cited documents speak for themselves.[40] To the extent a response is required, Sovrn admits that the Lijit pixel can collect cookies, IP addresses, and HTTP headers. Otherwise, Denied.

58. Denied.

*1. Persistent Identifiers*

59. Admitted that the Lijit Pixel uses persistent identifiers. Otherwise, Denied.

**(i) <u>Cookies</u>**

60. Sovrn states that the cited documents speak for themselves.[41] To the extent a response is required, Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied. [42]

---

[38] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[39] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.

[40] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.

[41] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[42] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.

68. Denied.

(ii) **IP Addresses**

69. Denied.

70. Sovrn states that the cited documents speak for themselves.[43] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

71. Admitted that IP addresses identify particular machines on a connected network. Otherwise, Denied.

72. Denied.

73. Sovrn states that the cited documents speak for themselves.[44] [45] To the extent a response is required, Admitted that IP addresses can be used to infer a device's location. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

74. Sovrn states that the cited documents speak for themselves.[46] [47] [48] [49] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

75. Sovrn states that the cited documents speak for themselves.[50] [51] To the extent a response is required, Admitted that IP addresses can be used in location-based marketing.

---

[43] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[44] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[45] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[46] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[47] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[48] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[49] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[50] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[51] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

76. Sovrn states that the cited documents speak for themselves.[52] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

77. Sovrn states that the cited documents speak for themselves.[53] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

78. Sovrn states that the cited documents speak for themselves.[54] [55] To the extent a response is required, Admitted that IP addresses can be used in location-based marketing. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

79. Sovrn states that the cited documents speak for themselves.[56] [57] To the extent a response is required, Admitted that IP addresses can be used in location-based marketing. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

80. Sovrn states that the cited documents speak for themselves.[58] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

---

[52] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[53] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[54] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[55] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[56] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[57] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[58] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

81. Sovrn states that the cited documents speak for themselves.[59] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

**(iii) Mobile Advertising Identifiers**

82. Denied.

83. Sovrn states that the cited documents speak for themselves.[60] To the extent a response is required, Sovrn denies that it software development kits. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

84. Sovrn states that the cited documents speak for themselves.[61] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

85. Sovrn states that the cited documents speak for themselves.[62] [63] [64] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

86. Denied.

87. Denied.

88. Admitted that Sovrn collects some device IDs, including MAIDs. Otherwise, Denied.

89. Sovrn states that the cited documents speak for themselves.[65] To the extent a

[59] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[60] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[61] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[62] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[63] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[64] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[65] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

response is required, Sovrn admits that AAIDs are strings of characters associated with a particular device. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

90. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

91. Sovrn states that the cited documents speak for themselves.[66] [67] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

92. Denied.

93. Sovrn states that the cited documents speak for themselves.[68] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

94. Denied.

95. Sovrn states that the cited documents speak for themselves.[69] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

96. Sovrn states that the cited documents speak for themselves.[70] [71] [72] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

---

[66] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[67] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[68] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[69] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[70] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[71] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

[72] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

97. Sovrn states that the cited documents speak for themselves.[73] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

98. Admitted that analytics about customer behavior can have value for marketing purposes. Otherwise, Denied.

99. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

100. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

101. Sovrn states that the cited documents speak for themselves.[74] To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

102. Denied.

**(iv) <u>Other Identifiers</u>**

103. Denied.

104. Denied.

105. Denied.

106. Denied.

*2. Universal Resource Locator*

107. Admitted that the Lijit Pixel can collect URL information. Otherwise, Denied.

108. Admitted.

109. Admitted that each page of a website is associated with a unique URL. Otherwise, Denied.

110. Denied.

[73] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.
[74] The document cited in this footnote speaks for itself. To the extent a response is required, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this footnote, and therefore Denied.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

111. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

112. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

113. Denied.

*3. Identity Resolution*

114. Denied.

115. Sovrn states that the cited documents speak for themselves.[75] To the extent a response is required, Admitted.

116. Denied.

117. Denied.

118. Denied.

119. Admitted that persistent identifiers are used in digital advertising. Otherwise, Denied.

120. Denied.

121. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

122. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

123. Denied.

**B. Sovrn's Ad Exchange (SSP)**

124. Admitted that Sovrn operates an Ad Exchange that is part of the real-time bidding process for some websites. Otherwise, Denied.

125. Sovrn states that the cited documents speak for themselves.[76] To the extent a response is required, Admitted.

[75] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[76] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.

126. Sovrn states that the cited documents speak for themselves.[77] [78] To the extent a response is required, Admitted that Sovrn has relationships with leading SSPs and can negotiate more favorable rates with those SSPs than some publishers. Otherwise, Denied.

127. Sovrn states that the cited documents speak for themselves.[79] To the extent a response is required, Admitted.

128. Sovrn states that the cited documents speak for themselves.[80] To the extent a response is required, Admitted.

129. Denied.

130. Sovrn states that the cited documents speak for themselves.[81] To the extent a response is required, Admitted.

131. Sovrn states that the cited documents speak for themselves.[82] To the extent a response is required, Denied that Sovrn "creates user profiles for users." Otherwise, Admitted.

## III. THE LIJIT PIXEL IS PRESENT ON EACH OF THE SUBJECT WEBSITES

132. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

### A. Buzzfeed

133. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

134. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

135. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

136. Admitted that the Lijit Pixel collects device information. Otherwise, Denied.

137. Sovrn lacks knowledge or information sufficient to form a belief about the facts

[77] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[78] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[79] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[80] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[81] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.
[82] The document cited in this footnote speaks for itself. To the extent a response is required, Admitted.

alleged in this paragraph, and therefore Denied.

138. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

139. Admitted that Sovrn participates in the real-time bidding process. Otherwise, Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

140. Denied.

141. Denied.

**B. Bon Appetit**

142. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

143. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

144. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

145. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

146. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

147. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

148. Admitted that the Lijit Pixel collects device information. Otherwise, Denied.

149. Denied.

150. Denied.

**C. MindBloom**

151. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

152. Sovrn lacks knowledge or information sufficient to form a belief about the facts

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

alleged in this paragraph, and therefore Denied.

153. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

154. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

155. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

156. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

157. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

158. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

159. Admitted that the Lijit Pixel collects device information. Otherwise, Denied.

160. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

161. Denied.

162. Denied.

**D. Zillow**

163. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

164. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

165. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

166. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

167. Sovrn lacks knowledge or information sufficient to form a belief about the facts

alleged in this paragraph, and therefore Denied.

168. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

169. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

170. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

171. Admitted that the Lijit Pixel collects device information. Otherwise, Denied.

172. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

173. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

174. Denied.

175. Denied.

**E. AliExpress**

176. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

177. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

178. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

179. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

180. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

181. Denied.

182. Denied.

///

## IV. DEFENDANT'S SERVICES DEANONYMIZE USERS AND ENRICH DEFENDANT, WEBSITE OPERATORS, AND PARTNER PIXELS ALIKE THROUGH REAL-TIME BIDDING AND PROFILING INDIVIDUALS

### A. Defendant Combines The Data From All The Subject Websites With Other Data To Deanonymize Users

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied.

188. Denied.

### B. The Partner Pixels Use The Profiles Created By Defendants To Enhance Their Advertising and Analytics Services

189. Denied.

190. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

191. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

192. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

193. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

194. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

195. Denied.

## V. PLAINTIFFS' EXPERIENCE

### A. Plaintiff Michael Selby

196. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

197. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

198. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

199. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

200. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

201. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

202. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

203. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

204. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

205. Denied.

206. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

207. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

208. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

209. Denied.

**B. Plaintiff SungGil Hong**

210. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

211. Sovrn lacks knowledge or information sufficient to form a belief about the facts

alleged in this paragraph, and therefore Denied.

212. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

213. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

214. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

215. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

216. Denied.

217. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

218. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

219. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

220. Denied.

**C. Plaintiff Laura Bonetti**

221. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

222. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

223. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

224. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

225. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

226. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

227. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

228. Denied.

229. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

230. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

231. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

232. Denied.

**D. Plaintiff Jane Doe**

233. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

234. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

235. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

236. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

237. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

238. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

239. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

240. Denied.

241. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

242. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

243. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

244. Denied.

245. Denied.

**E. Plaintiff Kirstie Semien**

246. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

247. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

248. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

249. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

250. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

251. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

252. Denied.

253. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

254. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

255. Sovrn lacks knowledge or information sufficient to form a belief about the facts alleged in this paragraph, and therefore Denied.

256. Denied.

## CLASS ALLEGATIONS

257. Admitted that Plaintiffs purport to seek to represent the identified class. Otherwise, Denied.

258. Admitted that Plaintiffs purport to seek to represent the identified class. Otherwise, Denied.

259. Admitted that Plaintiffs purport to seek to represent the identified classes. Otherwise, Denied.

260. Admitted that Plaintiffs purport to seek to represent the identified class. Otherwise, Denied.

261. Denied.

262. Denied.

263. Denied.

264. Denied.

265. Denied.

## CAUSES OF ACTION

### COUNT 1

### Intrusion Upon Seclusion

266. Sovrn incorporates by reference its Answers to the preceding paragraphs of the Complaint.

267. Admitted that Plaintiffs purport to bring this claim individually and on behalf of a class. Otherwise, Denied.

268. Admitted that Plaintiffs purport to bring this claim under California law. Otherwise, Denied.

269. Denied.

270. Denied.

271. Denied.

272. Denied.

273. Denied.

274. Denied.

275. Denied.

276. Denied.

277. Denied.

**COUNT II**

**Violation of the California Invasion of Privacy Act**

**Cal. Penal Code § 631(a)**

278. Sovrn incorporates by reference its Answers to the preceding paragraphs of the Complaint.

279. Admitted that Plaintiffs purport to bring this claim individually and on behalf of a class. Otherwise, Denied.

280. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

281. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

282. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

283. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

284. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

285. Denied.

286. Denied.

287. Denied.

288. Denied.

289. Denied.

290. Denied.

291. Denied.

**COUNT III**

**Violation of the California Invasion of Privacy Act**

**Cal. Penal Code § 638.51(a)**

292. Sovrn incorporates by reference its Answers to the preceding paragraphs of the Complaint.

293. Admitted that Plaintiffs purport to bring this claim individually and on behalf of a class. Otherwise, Denied.

294. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

295. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

296. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

297. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

298. Denied.

299. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

300. Denied.

301. Denied.

302. Denied.

303. Admitted that Sovrn did not obtain a court order in connection with its use of the Lijit Pixel. Otherwise, Denied.

304. Denied.

**COUNT IV**

**Unjust Enrichment**

305. Sovrn incorporates by reference its Answers to the preceding paragraphs of the

Complaint.

306. Admitted that Plaintiffs purport to bring this claim individually and on behalf of a class. Otherwise, Denied.

307. Admitted that Plaintiffs purport to bring this claim under California law. Otherwise, Denied.

308. Denied.

309. Denied.

310. Denied.

311. Denied.

312. Denied.

313. Denied.

314. Denied.

315. Denied.

**COUNT V**

**Violation of the Electronic Communications Privacy Act**

**18 U.S.C. § 2511(1), *et seq.***

316. Sovrn incorporates by reference its Answers to the preceding paragraphs of the Complaint.

317. Admitted that Plaintiffs purport to bring this claim individually and on behalf of a class. Otherwise, Denied.

318. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

319. Denied.

320. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

321. Denied.

322. Denied.

323. Sovrn states that the cited documents speak for themselves. To the extent a response

is required, Denied.

324. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

325. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

326. Denied.

327. Denied.

328. Denied.

329. Denied.

330. Denied.

331. Denied.

332. Sovrn states that the cited documents speak for themselves. To the extent a response is required, Denied.

333. Admitted that Sovrn does not purport to act on behalf of any federal or state government. Otherwise, Denied.

334. Denied.

335. Denied.

336. Denied.

**PRAYER FOR RELIEF**

Sovrn denies that Plaintiffs are entitled to any relief claimed in the Complaint.

* * *

**AFFIRMATIVE DEFENSES**

Without admitting any of the allegations of the Complaint, and without admitting or acknowledging that Sovrn bears any burden of proof as to any of them, Sovrn asserts the following additional defenses:

1. The Complaint fails to state a claim upon which relief can be granted.

2. To the extent that Plaintiffs and the putative class suffered any damages, such resulted, in whole or in part, from their own conduct and/or the conduct of third parties.

3. Sovrn acted at all times in good faith and without malice, willfulness, or reckless indifference, barring any recovery of punitive or exemplary damages by Plaintiffs and the putative class.

4. To the extent that Plaintiffs and the putative class suffered any damages, the claims of Plaintiffs and the putative class are subject to setoff and recoupment.

5. To the extent that Plaintiffs and the putative class suffered any damages, they failed to mitigate such damages.

6. Plaintiffs and the putative class expressly or impliedly consented to the conduct alleged in the Complaint.

7. The claims of Plaintiffs and the putative class are barred by estoppel, waiver, laches, unclean hands, and/or other equitable defenses because Plaintiffs and putative class members voluntarily participated in the conduct alleged in the Complaint and never objected to the conduct alleged in the Complaint before filing this lawsuit.

8. The claims of Plaintiffs and putative class members are barred to the extent they accrued outside the applicable statute of limitations.

9. Plaintiffs' claims are barred in whole or in part by Sovrn's good faith, and the absence of negligent, intentional, or reckless conduct. To the extent CIPA or the ECPA applies to Sovrn or the conduct at issue in this case, Sovrn is not liable because it relied in good faith upon a reasonable interpretation of CIPA's and the ECPA's respective statutory language and any alleged violation was not negligent, intentional, or reckless.

10. The claims of Plaintiffs and the putative class are barred in whole or in part by the doctrines of ratification and acquiescence. Upon information and belief, Plaintiffs and the putative class members approved and, in some cases, participated in the complained-of conduct. Accordingly, they are barred from bringing their claims under the doctrines of ratification and acquiescence.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiffs' Complaint, Sovrn prays that:

(1) Judgment be granted in Sovrn's favor; and

(2) Sovrn recover other and additional relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: November 20, 2025

**BAKER & HOSTETLER LLP**

*<u>/s/ Chardaie C. Charlemagne</u>*
Chardaie C. Charlemagne

Paul Karlsgodt
Jason A. Orr
*Attorneys for Defendant*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO